# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Kerryann Hanson,

        Debtor.

Case No. 25-13426-DJB

Chapter 13

## Entry of Appearance

To the Clerk of Court:

    Please enter my appearance as counsel for the Debtor in this matter. Thank you.

Date: September 11, 2025

CIBIK LAW, P.C.
*Incoming Counsel for Debtor*

By: /s/ Michael A. Cibik

Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com