

Albert Einstein Medical Center    DBA Jefferson Health 1101 Market Street, 20th Floor Philadelphia, PA 19107
Kerryann Hanson    5976 Reach St Philadelphia, PA 19120

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Kerryann Hanson | Albert Einstein Medical Center | | 07/27/2025 | 08/09/2025 | 08/15/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 9,082.46 | 788.06 | 2,903.11 | 56.96 | 5,334.33 |
| YTD | 109,409.61 | 9,240.63 | 32,883.38 | 808.55 | 66,477.05 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Certification | | | 0 | | 1 | 55.42 | OASDI | 555.29 | 6,659.58 |
| Holiday Premium | | | 0 | | 18.01 | 998.12 | Medicare | 129.86 | 1,557.48 |
| Holiday Worked | | | 0 | | 36 | 1,995.13 | Federal Withholding | 1,595.76 | 17,172.85 |
| Incentive | 07/27/2025 - 08/09/2025 | 31.72 | 0 | 475.75 | 217.92 | 3,387.42 | State Tax - PA | 274.16 | 3,282.92 |
| FLSA Adjustment O | 07/27/2025 - 08/02/2025 | 10.0333 | 5.95 | 59.70 | | | SUI-Employee Paid - PA | 6.36 | 76.59 |
| FLSA Adjustment O | 08/03/2025 - 08/09/2025 | 21.5834 | 7.97 | 172.02 | 281.0335 | 1,326.30 | City Tax - PHILA | 339.68 | 4,099.96 |
| Gross Overtime | 07/27/2025 - 08/09/2025 | 31.61 | 85.635 | 2,706.93 | 214.34 | 17,929.73 | PA LST - CHELT | 2.00 | 34.00 |
| Shift Overtime | 07/27/2025 - 08/09/2025 | 31.61 | 17.13 | 541.50 | 250.36 | 2,656.53 | | | |
| Regular Gross | 07/27/2025 - 08/09/2025 | 80 | 57.09 | 4,567.22 | 1185.24 | 66,010.00 | | | |
| Shift Differential | 07/27/2025 - 08/09/2025 | 17.94 | 11.42 | 204.89 | | | | | |
| Shift Differential | 07/27/2025 - 08/09/2025 | 62.07 | 5.71 | 354.45 | 1268.86 | 9,005.48 | | | |
| Sick Pay | | | 0 | | 24 | 1,330.08 | | | |
| Time Off Pay | | | 0 | | 84 | 4,715.40 | | | |
| Earnings | | | | 9,082.46 | | 109,409.61 | Employee Taxes | 2,903.11 | 32,883.38 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Pre-tax 403(b) | 635.78 | 6,766.79 | Dependent Child(ren) AD&D | 0.18 | 2.54 |
| Dental | 19.26 | 325.60 | Supplemental AD&D | 2.47 | 34.84 |
| Medical | 133.02 | 2,148.24 | Accident | 13.44 | 145.80 |
| | | | Critical Illness (CILL) | 8.03 | 136.51 |
| | | | Supplemental LTD | 10.58 | 177.13 |
| | | | Supplemental STD | 22.26 | 311.73 |
| Pre Tax Deductions | 788.06 | 9,240.63 | Post Tax Deductions | 56.96 | 808.55 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| Imputed Basic Life ER (IMP_BASL) | 2.63 | 42.75 |
| Basic LTD | 5.36 | 125.70 |
| STD - Basic (BASSTD) | 18.14 | 308.38 |
| Employer Paid Benefits | 26.13 | 476.83 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Unknown | Unknown ******4735 | ******4735 | | 2,984.03 USD |
| Unknown | Unknown ******1052 | ******1052 | | 700.00 USD |
| Unknown | Unknown ******8351 | ******8351 | | 50.00 USD |
| Unknown | Unknown ******7881 | ******7881 | | 1,600.30 USD |



Albert Einstein Medical Center    DBA Jefferson Health 1101 Market Street, 20th Floor Philadelphia, PA 19107
Kerryann Hanson    5976 Reach St Philadelphia, PA 19120

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Kerryann Hanson | Albert Einstein Medical Center | | 07/13/2025 | 07/26/2025 | 08/01/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 6,425.27 | 602.05 | 1,911.55 | 56.96 | 3,854.71 |
| YTD | 100,327.15 | 8,452.57 | 29,980.27 | 751.59 | 61,142.72 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Certification | | | 0 | | 1 | 55.42 |
| Holiday Premium | | | 0 | | 18.01 | 998.12 |
| Holiday Worked | | | 0 | | 36 | 1,995.13 |
| Incentive | 07/13/2025 - 07/19/2025 | 3.65 | 0 | 54.75 | 186.2 | 2,911.67 |
| FLSA Adjustment O | 07/13/2025 - 07/19/2025 | 12.9166 | 0.2 | 2.59 | | |
| FLSA Adjustment O | 07/13/2025 - 07/19/2025 | 12.9166 | 5.19 | 67.04 | 249.4168 | 1,094.58 |
| Gross Overtime | 07/13/2025 - 07/19/2025 | 12.92 | 85.635 | 1,106.41 | 182.73 | 15,222.80 |
| Shift Overtime | 07/13/2025 - 07/19/2025 | 12.32 | 17.13 | 211.05 | | |
| Shift Overtime | 07/13/2025 - 07/19/2025 | 0.6 | 8.56 | 5.15 | 218.75 | 2,115.03 |
| Regular Gross | 07/13/2025 - 07/26/2025 | 77.06 | 57.09 | 4,399.37 | 1105.24 | 61,442.78 |
| Shift Differential | 07/13/2025 - 07/26/2025 | 24.33 | 11.42 | 277.86 | | |
| Shift Differential | 07/13/2025 - 07/26/2025 | 52.72 | 5.71 | 301.05 | 1188.85 | 8,446.14 |
| Sick Pay | | | 0 | | 24 | 1,330.08 |
| Time Off Pay | | | 0 | | 84 | 4,715.40 |
| Earnings | | | | 6,425.27 | | 100,327.15 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 390.55 | 6,104.29 |
| Medicare | 91.34 | 1,427.62 |
| Federal Withholding | 990.27 | 15,577.09 |
| State Tax - PA | 192.58 | 3,008.76 |
| SUI-Employee Paid - PA | 4.50 | 70.23 |
| City Tax - PHILA | 240.31 | 3,760.28 |
| PA LST - CHELT | 2.00 | 32.00 |
| Employee Taxes | 1,911.55 | 29,980.27 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Pre-tax 403(b) | 449.77 | 6,131.01 |
| Dental | 19.26 | 306.34 |
| Medical | 133.02 | 2,015.22 |
| Pre Tax Deductions | 602.05 | 8,452.57 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dependent Child(ren) AD&D | 0.18 | 2.36 |
| Supplemental AD&D | 2.47 | 32.37 |
| Accident | 13.44 | 132.36 |
| Critical Illness (CILL) | 8.03 | 128.48 |
| Supplemental LTD | 10.58 | 166.55 |
| Supplemental STD | 22.26 | 289.47 |
| Post Tax Deductions | 56.96 | 751.59 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Imputed Basic Life ER (IMP_BASL) | 2.63 | 40.12 |
| Basic LTD | 5.36 | 120.34 |
| STD - Basic (BASSTD) | 18.14 | 290.24 |
| Employer Paid Benefits | 26.13 | 450.70 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Unknown | Unknown ******4735 | ******4735 | | 1,948.30 | USD |
| Unknown | Unknown ******1052 | ******1052 | | 700.00 | USD |
| Unknown | Unknown ******8351 | ******8351 | | 50.00 | USD |
| Unknown | Unknown ******7881 | ******7881 | | 1,156.41 | USD |



Albert Einstein Medical Center    DBA Jefferson Health 1101 Market Street, 20th Floor Philadelphia, PA 19107
Kerryann Hanson    5976 Reach St Philadelphia, PA 19120

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Kerryann Hanson | Albert Einstein Medical Center | | 06/29/2025 | 07/12/2025 | 07/18/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,707.42 | 481.80 | 1,284.50 | 56.96 | 2,884.16 |
| YTD | 93,901.88 | 7,850.52 | 28,068.72 | 694.63 | 57,288.01 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Certification | | | 0 | | 1 | 55.42 | OASDI | 284.03 | 5,713.74 |
| Holiday Premium | | | 0 | | 18.01 | 998.12 | Medicare | 66.43 | 1,336.28 |
| Holiday Worked | | | 0 | | 36 | 1,995.13 | Federal Withholding | 612.85 | 14,586.82 |
| Incentive | | | 0 | | 182.55 | 2,856.92 | State Tax - PA | 139.84 | 2,816.18 |
| FLSA Adjustment O | | | 0 | | 223.5836 | 1,024.95 | SUI-Employee Paid - PA | 3.29 | 65.73 |
| Gross Overtime | | | 0 | | 169.81 | 14,116.39 | City Tax - PHILA | 176.06 | 3,519.97 |
| Shift Overtime | | | 0 | | 205.83 | 1,898.83 | PA LST - CHELT | 2.00 | 30.00 |
| Regular Gross | 07/06/2025 - 07/12/2025 | 36.77 | 57.09 | 2,099.21 | 1028.18 | 57,043.41 | | | |
| Shift Differential | 06/29/2025 - 07/12/2025 | 48.7 | 5.71 | 278.08 | | | | | |
| Shift Differential | 07/06/2025 - 07/12/2025 | 24.07 | 11.42 | 274.89 | 1111.8 | 7,867.23 | | | |
| Sick Pay | | | 0 | | 24 | 1,330.08 | | | |
| Time Off Pay | 06/29/2025 - 07/05/2025 | 36 | 57.09 | 2,055.24 | 84 | 4,715.40 | | | |
| Earnings | | | | 4,707.42 | | 93,901.88 | Employee Taxes | 1,284.50 | 28,068.72 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Pre-tax 403(b) | 329.52 | 5,681.24 | Dependent Child(ren) AD&D | 0.18 | 2.18 |
| Dental | 19.26 | 287.08 | Supplemental AD&D | 2.47 | 29.90 |
| Medical | 133.02 | 1,882.20 | Accident | 13.44 | 118.92 |
| | | | Critical Illness (CILL) | 8.03 | 120.45 |
| | | | Supplemental LTD | 10.58 | 155.97 |
| | | | Supplemental STD | 22.26 | 267.21 |
| Pre Tax Deductions | 481.80 | 7,850.52 | Post Tax Deductions | 56.96 | 694.63 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| Imputed Basic Life ER (IMP_BASL) | 2.63 | 37.49 |
| Basic LTD | 5.36 | 114.98 |
| STD - Basic (BASSTD) | 18.14 | 272.10 |
| Employer Paid Benefits | 26.13 | 424.57 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Unknown | Unknown ******4735 | ******4735 | | 1,268.91 USD |
| Unknown | Unknown ******1052 | ******1052 | | 700.00 USD |
| Unknown | Unknown ******8351 | ******8351 | | 50.00 USD |
| Unknown | Unknown ******7881 | ******7881 | | 865.25 USD |



Albert Einstein Medical Center    DBA Jefferson Health 1101 Market Street, 20th Floor Philadelphia, PA 19107
Kerryann Hanson    5976 Reach St Philadelphia, PA 19120

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Kerryann Hanson | Albert Einstein Medical Center | | 06/15/2025 | 06/28/2025 | 07/03/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 8,902.29 | 686.42 | 2,851.78 | 56.96 | 5,307.13 |
| YTD | 89,194.46 | 7,368.72 | 26,784.22 | 637.67 | 54,403.85 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Certification | | | 0 | | 1 | 55.42 |
| Holiday Premium | | | 0 | | 18.01 | 998.12 |
| Holiday Worked | | | 0 | | 36 | 1,995.13 |
| Incentive | 06/15/2025 - 06/28/2025 | 39.47 | 0 | 710.67 | 182.55 | 2,856.92 |
| FLSA Adjustment O | 06/15/2025 - 06/21/2025 | 13.65 | 0.75 | 10.24 | | |
| FLSA Adjustment O | 06/15/2025 - 06/21/2025 | 13.65 | 6.2 | 84.63 | | |
| FLSA Adjustment O | 06/22/2025 - 06/28/2025 | 8.9 | 10.22 | 90.96 | 223.5836 | 1,024.95 |
| Gross Overtime | 06/15/2025 - 06/28/2025 | 22.55 | 83.13 | 1,874.60 | 169.81 | 14,116.39 |
| Shift Overtime | 06/15/2025 - 06/28/2025 | 22.55 | 16.63 | 375.02 | 205.83 | 1,898.83 |
| Regular Gross | 06/15/2025 - 06/28/2025 | 80 | 55.42 | 4,433.62 | 991.41 | 54,944.20 |
| Shift Differential | 06/15/2025 - 06/28/2025 | 26.68 | 11.08 | 295.62 | | |
| Shift Differential | 06/15/2025 - 06/28/2025 | 65.32 | 5.54 | 361.89 | 1039.03 | 7,314.26 |
| Sick Pay | | | 0 | | 24 | 1,330.08 |
| Time Off Pay | 06/22/2025 - 06/28/2025 | 12 | 55.42 | 665.04 | 48 | 2,660.16 |
| Earnings | | | | 8,902.29 | | 89,194.46 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 544.12 | 5,429.71 |
| Medicare | 127.25 | 1,269.85 |
| Federal Withholding | 1,570.59 | 13,973.97 |
| State Tax - PA | 268.63 | 2,676.34 |
| SUI-Employee Paid - PA | 6.24 | 62.44 |
| City Tax - PHILA | 332.95 | 3,343.91 |
| PA LST - CHELT | 2.00 | 28.00 |
| Employee Taxes | 2,851.78 | 26,784.22 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Pre-tax 403(b) | 534.14 | 5,351.72 |
| Dental | 19.26 | 267.82 |
| Medical | 133.02 | 1,749.18 |
| Pre Tax Deductions | 686.42 | 7,368.72 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dependent Child(ren) AD&D | 0.18 | 2.00 |
| Supplemental AD&D | 2.47 | 27.43 |
| Accident | 13.44 | 105.48 |
| Critical Illness (CILL) | 8.03 | 112.42 |
| Supplemental LTD | 10.58 | 145.39 |
| Supplemental STD | 22.26 | 244.95 |
| Post Tax Deductions | 56.96 | 637.67 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Imputed Basic Life ER (IMP_BASL) | 2.49 | 34.86 |
| Basic LTD | 5.36 | 109.62 |
| STD - Basic (BASSTD) | 18.14 | 253.96 |
| Employer Paid Benefits | 25.99 | 398.44 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Unknown | Unknown ******4735 | ******4735 | | 2,964.99 | USD |
| Unknown | Unknown ******1052 | ******1052 | | 700.00 | USD |
| Unknown | Unknown ******8351 | ******8351 | | 50.00 | USD |
| Unknown | Unknown ******7881 | ******7881 | | 1,592.14 | USD |