**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Kerryann Hanson | Case No. 25-13426-djb<br>Chapter 13 |
| PHH Asset Services LLC,<br>　　　Movant | |
| vs. | |
| Kerryann Hanson,<br>　　　Debtor | |

**OBJECTION TO CONFIRMATION**
**OF DEBTOR'S CHAPTER 13 PLAN**

PHH Asset Services LLC ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan* (Doc 24), and states as follows:

1.　　　The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on August 28, 2025.

2.　　　Movant holds a security interest in the Debtor's real property located at 5976 Reach St, Philadelphia, PA 19120 (the "Property"), by virtue of a Mortgage which is recorded as instrument Number in Official Records of Philadelphia County, Pennsylvania.

3.　　　The Debtor filed a Chapter 13 Plan (the "Plan") on October 9, 2025 (Doc 24).

4.　　　Movant objects to Debtor's proposed Chapter 13 Plan as Part 4(a) that Movant will not receive any distribution from the Chapter 13 Trustee on its proof of claim.

5.　　　Although Movant has not yet filed its proof of claim, it is anticipated that the claim will show the pre-petition arrearage due to Movant is $1,328.62. Therefore, the Movant objects to Debtor's proposed Chapter 13 Plan is not in compliance with the requirements of 11

U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

6.      Movant objects to any plan which proposes to pay it anything less than $1,328.62

as the pre-petition arrearage over the life of the plan.

Wherefore, Movant respectfully requests the entry of an Order which denies confirmation

of the Plan unless such plan is amended to overcome the objections of Movant as stated herein,

and for such other and further relief as the Court may deem just and proper.

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**L.B.F. 9014-4**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Kerryann Hanson | Case No. 25-13426-djb<br>Chapter 13 |
| PHH Asset Services LLC,<br>        Movant | |
| vs. | |
| Kerryann Hanson,<br>        Debtor | |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify that on October 15, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Objection To Confirmation Of Debtor's Chapter 13 Plan

    I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: <u>October 15, 2025</u>

               <u>*/s/Mario Hanyon*</u>
               Andrew Spivack, PA Bar No. 84439
               Mario Hanyon, PA Bar No. 203993
               Ryan Srnik, PA Bar No. 334854
               Jay Jones, PA Bar No. 86657
               Attorney for Creditor
               BROCK & SCOTT, PLLC
               3825 Forrestgate Drive
               Winston Salem, NC 27103
               Telephone: (844) 856-6646

Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Michael A. Cibik, Debtor's Attorney
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
Debtor's Attorney
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Kenneth E. West,
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
US Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Kerryann Hanson
5976 Reach Street
Philadelphia, PA 19120
Debtor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other: