L.B.F. 9014-4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>KERRYANN HANSON<br>    Debtor | Case No. 25-13426-djb |
| U.S. BANK NATIONAL ASSOCIATION,<br>    Movant | Chapter 13 |
| vs.<br>KERRYANN HANSON<br>    Respondent | 11 U.S.C. §362 |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify that on November 18, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Motion and Motion for Relief from the Automatic Stay

    I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: <u>November 18, 2025</u>

    <u>/s/Andrew Spivack</u>
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Michael A Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
Debtor's Attorney
Via:   ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other:

Kenneth E West,
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
Bankruptcy Trustee
Via:   ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other:

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
US Trustee
Via:   ☒ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other:

Kerryann Hanson
5976 Reach Street
Philadelphia, PA 19120
Debtor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other: