## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>KERRYANN HANSON<br><span>     Debtor</span> | Case No. 25-13426-djb |
| U.S. BANK NATIONAL ASSOCIATION,<br><span>    Movant</span> | Chapter 13 |
| vs.<br>KERRYANN HANSON<br><span>    Respondent</span> | 11 U.S.C. §362 |

### AFFIDAVIT IN SUPPORT OF
### MOTION FOR RELIEF FROM AUTOMATIC STAY

I, *Kimberly Williams* , employed as *Officer*

by U.S. BANK NATIONAL ASSOCIATION, hereby certifies the following:

Recorded on March 30, 2021, in Philadelphia County, Instrument Number 53808949.

Property Address:
5232 W Girard Ave, Philadelphia, Pennsylvania 19131-4302.

Mortgage Servicer:
U.S. Bank National Association

Post-petition mailing address for Debtor(s) to send payment:
U.S. Bank National Association
3751 Airpark Drive, Mail Code CN-KY-APDC
Owensboro, KY 42301

Mortgagor(s)/Debtor(s):
Kerryann Hanson

**POST-PETITION PAYMENTS** (Petition was filed on August 28, 2025)

| Payment amount due | Date payment was due | Date payment was received | Amount received | Check number | How payment was applied (mo./yr.) |
|---|---|---|---|---|---|
| PLEASE SEE PAYMENT HISTORY ATTACHED AS EXHIBIT A | | | | | |
| | | | | | |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 3 as of November 6, 2025.

TOTAL AMOUNT OF POST-PETITION ARREARS $2,659.29 as of November 6, 2025.

Upon information and belief, the payoff amount as of November 6, 2025 is $76,214.70.

Debtor's Schedule A/B lists a fair market value for the Property in amount of $138,160.00.

I certify under penalty of perjury that the above is true.

Dated: 11-13-2025

U.S. BANK NATIONAL ASSOCIATION

Kimberly Williams   Officer
Print Name and Title