IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

      Debtor

-----------------------------------------------

loanDepot.com, LLC
      Movant

vs.

      KERRYANN HANSON
      Debtor
      KENNETH E. WEST
      Trustee
      Respondent(s)

Chapter 13

Case No. 25-13426-DJB

**AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF**

I, _____ **LaShunda T. Dallas** _____, declare under penalty of perjury as follows:

1. I am a qualified representative of loanDepot.com, LLC ("*[Servicer]*"), current mortgage servicer for loanDepot.com, LLC ("***Creditor***").

2. This Affidavit is provided in support of Creditor's Motion for Relief from Automatic Stay (the "***Motion***").

3. As part of my responsibilities, I have personal knowledge of and am familiar with the types of records maintained by **Servicer** in connection with the loan that is the subject of the Motion and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of **Servicer** that pertain to the relevant loan and extensions of credit given to Debtor(s) concerning the property securing such loan.

4. The information in this Affidavit is taken from **Servicer's** business records related to the subject loan, and the records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of **Servicer's** regularly conducted business activities; and (c) it is the regular practice of **Servicer** to make such records.

5. The Debtor(s), has/have executed and delivered or is/are otherwise obligated with respect to that certain promissory note referenced in the Motion (the "Note").  Pursuant to that certain DEED OF TRUST referenced in the Motion (the "DEED OF TRUST"), all obligations of the Debtor(s)

under and with respect to the Note and the DEED OF TRUST are secured by the property referenced in the Motion.

6. As of November 12, 2025, there are one or more defaults in paying Debtor(s) post-petition amounts due with respect to the Note.

7. The following chart sets forth those post-petition payments, due pursuant to the terms of the Note, that have been missed by the Debtor(s) as of November 12, 2025:

**POST-PETITION PAYMENTS IN DEFAULT**

| | |
|---|---|
| Monthly Payments in Default........................ | 09/01/2025 to 10/01/2025 |
| Monthly payments ($438.16 x 2) | $876.32 |
| Monthly Payments in Default........................ | 11/01/2025 to 11/01/2025 |
| Monthly payments ($424.04 x 1) | $424.04 |
| Total Amounts Due as of November 12, 2025: | $1,300.36 |

8. A true and correct copy of a post-petition payment history prepare based upon **Servicer's** business records is attached hereto as Exhibit 1 and is incorporated herein by reference.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this __19th__ day of __Nov__, 20__25__.

By: /s/ LaShunda T. Dallas

Name: LaShunda T. Dallas

Title: BK Specialist

loanDepot.com, LLC

Date: November 19, 2025