UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>　　KERRYANN HANSON<br>　　　　Debtor(s)<br>　　LOANDEPOT.COM, LLC<br>　　　　Movant<br>　　v.<br>　　KERRYANN HANSON<br>　　　　Debtor(s)<br>　　KENNETH E. WEST<br>　　　　Trustee<br>　　　　Respondent(s) | Chapter 13<br><br>Case Number: 25-13426-djb |

**<u>ORDER</u>**

　　AND NOW, this _____ day of _____ , 2025, upon the motion of loanDepot.com, LLC, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, loanDepot.com, LLC (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  5976 REACH ST, PHILADELPHIA, PA 19120.

　　It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE