UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| In Re:<br>    KERRYANN HANSON<br>        Debtor(s)<br>    LOANDEPOT.COM, LLC<br>        Movant<br>    v.<br>    KERRYANN HANSON<br>        Debtor(s)<br>    KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 25-13426-djb |
|---|---|

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and correct copy of the within Motion for Relief From Automatic Stay Under 11 USC, together with Order, Notice and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties via first class mail and/or ECF on the date set forth below.

Kerryann Hanson
5976 Reach Street
Philadelphia, PA 19120
*Debtor(s)*

Michael A. Cibik
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
*Attorney for Debtor*

Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
*Chapter13 Trustee*

Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

  Respectfully Submitted:
  Stern & Eisenberg, PC


  *By: /s/ Daniel P. Jones*
  Daniel P. Jones
  Bar Number: 321876
Date: November 20, 2025                          Email: djones@sterneisenberg.com