# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Kerryann Hanson,<br><br>                Debtor. | Case No. 25-13426-DJB<br>Chapter 13 |

### Debtor's Objection to Motion for Relief from Stay

**AND NOW**, Debtor Kerryann Hanson, by and through her attorney, hereby objects to the Motion for Relief from Stay filed by U.S. Bank National Association.

Date: November 21, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

### Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by U.S. Bank National Association to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: November 21, 2025

/s/ Michael A. Cibik
Michael A. Cibik