**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Kerryann Hanson,<br><br>                    Debtor. | Case No. 25-13426-DJB<br>Chapter 13 |

**Certificate of Service**

    I, Michael A. Cibik, certify that on November 21, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: November 21, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**LoanDepot.com, LLC**
5465 Legacy Drive, Suite 400
Plano, TX 75024

**PHH Mortgage Corporation**
Attn: Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL 33416

**KeyBank, N.A.**
c/o Rebecca K. McDowell
Saldutti Law Group
1700 Market St., Suite 1005
Philadelphia, PA 19103

**U.S. Bank National Association**
c/o U.S. Bank Home Mortgage
a division of U.S. Bank N.A.
2800 Tamarack Road
Owensboro, KY 42301

**Method of Service - First Class Mail:**

**Ava Finance**
30211 Avenida de Las Banderas Rancha
Santa Margarota, CA 92688-2147

**Best Buy**
Credit Services
P.O. Box 70601
Philadelphia, PA 19176-0601

**JPMorgan Chase Bank**
Member Services
P.O. Box 1423
Charlotte, NC 28201-1423

**Holiday Inn Club Vacations, Inc.**
8505 W Irlo Bronson Memorial Highway
Kissimmee, FL 34747-8217

**Mohela**
Claims Department
633 Spirit Drive
Chesterfield, MO 63005-1243

**Nordstrom/TD Bank**
13531 E Caley Ave
Englewood, CO 80111-6504

**Water Revenue Bureau**
Attn: Pamela Elchert Thurmond
Tax Litigation & Collections Unit
1401 JFK Blvd, 5th Floor
Philadelphia, PA 19102-1595

**Synchrony Bank**
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**American Express**
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

**Capital One**
P.O. Box 31293
Salt Lake City, UT 84131-0293

**Citi Cards/Citi Bank**
P.O. Box 6241
Sioux Falls, SD 57117-6241

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

**LVNV Funding, LLC**
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

**Navy Federal Credit Union**
P.O. Box 3000
Merrifield, VA 22119-3700

**Philadelphia Gas Works**
800 W Montgomery Ave 3F
Philadelphia, PA 19122-2898

**Wells Fargo Bank, N.A.**
Wells Fargo Card Services
P.O. Box 10438, MAC F8235-02F
Des Moines, Iowa 50306-0438

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

**Barclays Bank Delaware**
P.O. Box 8803
Wilmington, DE 19899-8803

**CBNA**
P.O. Box 6497
Sioux Falls, SD 57117-6497

**Citizen's Bank, N.A.**
P.O. Box 9665
Providence, RI 02940-9665

**PECO**
Payment Processing
P.O. Box 37629
Philadelphia, PA 19101-0629

**Posigen Solar**
145 East James Drive, Suite 300
St. Rose, LA 70087-4006