# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>KERRYANN HANSON<br>       Debtor | Case No. 25-13426-djb |
| U.S. BANK NATIONAL ASSOCIATION,<br>       Movant | Chapter 13 |
| vs.<br>KERRYANN HANSON<br>       Respondent | 11 U.S.C. §362 |

**ORDER**

**AND NOW**, this _____ day of _____ , 2025, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Derek J Baker
BANKRUPTCY JUDGE


KERRYANN HANSON
5976 REACH STREET
PHILADELPHIA, PA 19120

Michael A Cibik
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

KENNETH E WEST
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107