**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>    KERRYANN HANSON<br>    Debtor(s)<br><br>LOANDEPOT.COM, LLC<br>Movant<br>v.<br>KERRYANN HANSON<br>Debtor(s)<br><br>KENNETH E. WEST<br>Trustee<br>Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 25-13426-djb<br><br>Judge: BAKER, DEREK J. |

**ORDER APPROVING STIPULATION**

    AND NOW, upon consideration of the Stipulation between Debtor and loanDepot.com, LLC, it is hereby STIPULATED and SETTLED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

Date: _____          _____
                                                                         UNITED STATES BANKRUPTCY JUDGE