**Fill in this information to identify the case:**

Debtor 1   KERRYANN HANSON

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern District of Pennsylvania

Case number  25-13426

HARPER, MEGAN on 2/20/2026 at 3:41 PM EST
Case Name:          Kerryann Hanson
Case Number:        25-13426-djb
Creditor Name:      City of Philadelphia Law Department
Tax Litigation and Collections Unit
1401 John F. Kennedy Blvd., 5th floor
Philadelphia, PA 19102
Claim Number:       21   Claims Register
Amount Claimed: $17,789.71
Amount Secured: $17,789.71
Amount Priority:
Re: Secured Judgs, RET, CTF, and ULQ for BIRT, NPT, and
Use and Occupancy Landlord Tax

Official Form 410

# Proof of Claim

12/24

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

City of Philadelphia / School District of Philadelphia
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

City of Phila Law Dept - Tax Lit & Coll Unit
Name

1401 JFK Blvd, 5th Floor
Number       Street

Philadelphia          PA          19102
City                State          ZIP Code

Contact phone 215-686-0503

Contact email Megan.Harper@phila.gov

**Where should payments to the creditor be sent?** (if different)

Name

Number       Street

City                State          ZIP Code

Contact phone

Contact email

Uniform claim identifier (if you use one):

— — — — — — — — — — — — — — — — — — — — — — — — — — — —

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____   Filed on _____
MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing?

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  _7_  _7_  _8_  _9_

**7. How much is the claim?**      $_____17,789.71 . **Does this amount include interest or other charges?**

With Unliquidated Claims

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Municipal Claim
_____

**9. Is all or part of the claim secured?**

☐ No

☑ Yes.   The claim is secured by a lien on property.

**Nature of property:**

☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**:                    $_____711,300.00

**Amount of the claim that is secured:**      $_____17,789.71

**Amount of the claim that is unsecured:**  $_____.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**      $_____17,789.71

**Annual Interest Rate [Real Estate]**(when case was filed)__9.00_%

**Annual Interest Rate [Judgments]**(when case was filed)__6.00_%

☑ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**      $_____.00

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | | **Amount entitled to priority** |
|---|---|---|
| | ☐ No | |
| | ☑ Yes. *Check one:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ 0.00 |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ 0.00 |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ 0.00 |
| | ☒ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ UNLIQUIDATED .00 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ 0.00 |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ 0.00 |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   02/13/2026_____
                   MM / DD / YYYY

/s/  Megan N. Harper_____
       Signature

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | Megan N. Harper | | |
| | First name | Middle name | Last name |
| Title | Divisional Deputy City Solicitor | | |
| Company | City of Philadelphia Law Department - Tax Litigation & Collections Unit | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1401 JFK Blvd, 5th Floor | | |
| | Number        Street | | |
| | Philadelphia | PA | 19102 |
| | City | State | ZIP Code |
| Contact phone | (215) 686-0503_____ | Email Megan.Harper@phila.gov | |

Debtor: KERRYANN HANSON

Interest and Penalties as of: 28-Aug-2025

***City of Philadelphia***
***Pre-Petition Itemized Statement***

Bankruptcy: 25-13426

Filing date: 28-Aug-2025

## Claim Type: Secured

### Judgments

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 27-Aug-2012 | $0.00 | $0.00 | $0.00 | $100.00 | $5,000.00 | $5,100.00 | CE-12-06-73-1034 Non-Filer of 2009 BIR Tax Return  due 4-15-2010 |
| | **$0.00** | **$0.00** | **$0.00** | **$100.00** | **$5,000.00** | **$5,100.00** | |

### Real Estate Tax - OPA # 442176500,  Address - 5235 HARLAN ST

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 31-Dec-2024 | $389.11 | $65.18 | $74.23 | $161.42 | $0.00 | $689.94 | |
| 31-Dec-2025 | $1,340.93 | $20.12 | $13.41 | $0.00 | $0.00 | $1,374.46 | |
| | **$1,730.04** | **$85.30** | **$87.64** | **$161.42** | **$0.00** | **$2,064.40** | |

Debtor: KERRYANN HANSON

Interest and Penalties as of: 28-Aug-2025

**City of Philadelphia**
**Pre-Petition Itemized Statement**

Bankruptcy: 25-13426

Filing date: 28-Aug-2025

## Claim Type: Secured

Real Estate Tax - OPA # 871208350,  Address - 1309 N 52ND ST

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 31-Dec-2021 | $160.04 | $179.46 | $82.84 | $15.17 | $0.00 | $437.51 | |
| 31-Dec-2022 | $906.10 | $154.85 | $33.48 | $125.04 | $0.00 | $1,219.47 | |
| 31-Dec-2023 | $2,494.44 | $261.94 | $174.58 | $106.45 | $0.00 | $3,037.41 | |
| 31-Dec-2024 | $2,756.38 | $0.00 | $192.92 | $106.45 | $0.00 | $3,055.75 | |
| | **$6,316.96** | **$596.25** | **$483.82** | **$353.11** | **$0.00** | **$7,750.14** | |

Real Estate Tax - OPA #442077600, Address - 5234 W Girard Avenue

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 31-Dec-2025 | $941.68 | $14.12 | $9.42 | $0.00 | $0.00 | $965.22 | |
| | **$941.68** | **$14.12** | **$9.42** | **$0.00** | **$0.00** | **$965.22** | |

Real Estate Tax, - OPA # 442077500, Address - 5230 W Girard Avenue

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 31-Dec-2024 | $57.25 | $6.02 | $3.99 | $0.00 | $0.00 | $67.26 | |
| 31-Dec-2025 | $302.66 | $4.54 | $3.03 | $0.00 | $0.00 | $310.23 | |
| | **$359.91** | **$10.56** | **$7.02** | **$0.00** | **$0.00** | **$377.49** | |

Debtor: KERRYANN HANSON

**City of Philadelphia**
**Pre-Petition Itemized Statement**

Bankruptcy: 25-13426

Filing date: 28-Aug-2025

Interest and Penalties as of: 28-Aug-2025

## Claim Type: Secured

Commercial Trash Fees - OPA # 442077600,  Address - 5232 W GIRARD AVE

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 30-Jun-2024 | $250.00 | $35.00 | $79.34 | $0.00 | $0.00 | $364.34 | |
| 31-Dec-2024 | $250.00 | $32.50 | $78.12 | $0.00 | $0.00 | $360.62 | |
| 31-Dec-2025 | $250.00 | $2.50 | $2.50 | $0.00 | $0.00 | $255.00 | |
| | **$750.00** | **$70.00** | **$159.96** | **$0.00** | **$0.00** | **$979.96** | |

Commercial Trash Fees - OPA # 871208350,  Address - 1309 N 52ND ST

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 30-Jun-2025 | $250.00 | $17.50 | $30.00 | $0.00 | $0.00 | $297.50 | |
| 31-Dec-2025 | $250.00 | $2.50 | $2.50 | $0.00 | $0.00 | $255.00 | |
| | **$500.00** | **$20.00** | **$32.50** | **$0.00** | **$0.00** | **$552.50** | |

Subtotal:  **$17,789.71**

Total Claim:  **$17,789.71**

Debtor: KERRYANN HANSON                     ***Nonfiler Schedule***

Bankruptcy: 25-13426
Filing date: 28-Aug-2025

## Unliquidated Claim

### Business Income and Receipts Tax - Account #6388

**Filing Period**

31-Dec-2022

31-Dec-2023

31-Dec-2024

## Unliquidated Claim

### Net Profits Tax - Account #2772

**Filing Period**

31-Dec-2020

31-Dec-2022

31-Dec-2023

31-Dec-2024

## Unliquidated Claim

### Use and Occupancy Landlord Tax - Account #7636

**Filing Period**

31-Jan-2025

28-Feb-2025

31-Mar-2025

30-Apr-2025

31-May-2025

30-Jun-2025

31-Jul-2025

Debtor: KERRYANN HANSON          Philadelphia Real Estate          Bankruptcy: 25-13426
Filing date: 28-Aug-2025

| Address | Valuation |
|---|---|
| 1309 N 52ND ST | $169,200.00 |
| 5230 W GIRARD AVE | $18,800.00 |
| 5232 W GIRARD AVE | $172,700.00 |
| 5234 W GIRARD AVE | $58,500.00 |
| 5235 HARLAN ST | $83,300.00 |
| 5976 REACH ST | $208,800.00 |
| | **$711,300.00** |
| Total Valuation: | 711,300.00 |



# PHILADELPHIA MUNICIPAL COURT
### FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Marsha H. Neifield, President Judge      Patricia R. McDermott, Deputy Court Administrator

# CODE ENFORCEMENT COMPLAINT
**# CE-12-06-73-1034**

| City of Philadelphia<br>1515 Arch Street Law Department, 15th<br>Floor<br>Philadelphia, PA 19102<br><br><br>*Plaintiff* | HANSON KERRYANN<br>6316 CHELWYNDE AVE<br>PHILA, PA 19142<br><br><br><br>*Defendants(s)* |
|---|---|

ACCT ID:      9117789 REVENUE CASE ID:   2060684

The within-named defendant(s) is (are) in violation of the code(s) or ordinance(s) of the City of Philadelphia or statute(s) of Commonwealth of Pennsylvania as listed below. Request is made for imposition of penalties or fines as provided by law.

## DESCRIPTION OR NATURE OF VIOLATION

19-509(e)      ANY PERSON WHO FAILS OR REFUSES TO FILE TAX RETURN(S) OR PAY TAX
TIMELY, IS SUBJECT TO A FINE OF $300.00 FOR EACH OFFENSE TOGETHER WITH
COSTS AND A SEPARATE OFFENSE SHALL BE DEEMED TO OCCUR ON THE FIRST DAY
OF EACH MONTH THAT CONDUCT DESCRIBED HEREIN CONTINUES

19-2600      2009 BUSINESS PRIVILEGE TAX RETURN DUE April 15, 2010

## Summons to the Defendant
**You are hereby ordered to appear at a Hearing scheduled as follows:**
### Citation al Demandado
**Por la presenta, Usted esta dirljido a presentarse A la siguiente:**
1339 Chestnut Street
6th Floor
Philadelphia, PA 19107
Hearing Room: 1

August 27th, 2012

01:00 PM

**WHEREFORE,** the City of Philadelphia requests this Court enter a fine jointly and severally against each defendant in the

| | | |
|---|---|---|
| **Amount Due** | $ | 5000.00 |
| **Court Costs** | $ | 100.00 |
| **TOTAL CLAIMED** | $ | 5100.00 |

Date Filed: ___06/26/2012___

I am an attorney for the plaintiff(s), the plaintiff's authorized representative or have a power of attorney for the plaintiff(s) in this code enforcement action. I hereby verify that I am authorized to make this verification; that I have sufficient knowledge, information and belief to take this verification or have gained sufficient knowledge, information and belief from communications with the plaintiff or the persons listed below and that the facts set forth are true and correct to the best of my knowledge, information and belief. I understand that this verification is made subject to the penalties set forth in 18 Pa. C.S. § 4904, which concerns the making of unsworn falsifications to authorities. If I am an authorized representative or have a power of attorney, I have attached a completed Philadelphia Municipal Court authorized representative form or a completed power of attorney form.

Marco A Muniz

1515 Arch St., 15th Floor One Parkway Bldg
Philadelphia, PA 19102

Address &
Phone

_____
Signature Plaintiff/Attorney
Attorney # ___081300___

CITY SOLICITOR – SHELLEY R SMITH

**NOTICE TO THE DEFENDANT, YOU HAVE BEEN
SUED IN COURT. PLEASE SEE ATTACHED NOTICES.**

**AVISO AL DEMANDADO HAN DEMANDADO EN CORTE.
VEA POR FAVOR LOS AVISOS ASOCIADOS.**

To resolve this matter without appearing in court, contact the attorney shown above immediately.
All corporations (Plaintiff and Defendant) must be represented by an attorney.



# PHILADELPHIA MUNICIPAL COURT
### FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Marsha H. Neifield, President Judge        Patricia R. McDermott, Deputy Court Administrator

# CE-12-06-73-1034

| City of Philadelphia<br>1515 Arch Street Law Department, 15th Floor<br>Philadelphia, PA 19102 | HANSON KERRYANN<br>6316 CHELWYNDE AVE<br>PHILA, PA 19142 |
|---|---|
| *Plaintiff* | *Defendant(s)* |

Marco A Muniz

**Plaintiff/Attorney**
**Attorney #** _____081300_____

**Address &**
**Phone**

1515 Arch St., 15th Floor One Parkway Bldg
Philadelphia, PA 19102

# O R D E R

**AND NOW,** to wit this ____27th____ day of _____August_____ , ___2012___ , upon consideration of the above captioned complaint, it is hereby ordered and decreed that the above captioned case be marked as follows:

Judgment for Plaintiff by Default. Judgment in the amount of $5,000.00, plus
$100.00 Costs.

## BY THE COURT:

_____ M.B.
**J.**

51 (07/09/01)



# PHILADELPHIA MUNICIPAL COURT

**Office of the Deputy Court Administrator**

1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

215-686-2910

08/27/2012

Marsha H. Neifield
President Judge

Patricia R. McDermott
Deputy Court Administrator

| | | | |
|---|---|---|---|
| City of Philadelphia | Plaintiff | Date of Judgment: | 08/27/2012 |
| | | Claim No: | CE-12-06-73-1034 |
| **vs.** | | | |
| HANSON KERRYANN | Defendant | Hearing Date Was: | 08/27/2012 |
| 6316 CHELWYNDE AVE | | Fine/Cost: | $5,100.00 |
| PHILA, PA 19142 | | Total Amount Due: | $5,100.00 |

### NOTICE OF JUDGMENT AND FINE

Pursuant to Rule 122, you are hereby notified that a judgment including a fine has been entered against you. The subject matter of this fine is that you failed to file Business Tax Return(s) with the City of Philadelphia.

To avoid further legal action which may result in additional costs to you, and to have this case closed, within 30 days from the date hereof you must hand deliver to the Law Department Non-Filer Unit, One Parkway, 1515 Arch Street, 15th floor, Philadelphia, PA 19102:

1. The completed tax returns which are the subject matter of this lawsuit and

2. A check or money order made payable to the City of Philadelphia in the total amount due set forth above and

3. A copy of this notice.

To assure proper credit to your account and avoid collection procedure, do not mail either the returns or your check or money order. They must be hand delivered.

If you have any questions concerning the above, please contact the City of Philadelphia, Law Department, Non-Filer Unit at 215-683-5268/5269.

Patricia R. McDermott
Deputy Court Administrator

*

(265)



# THE PHILADELPHIA MUNICIPAL COURT
## JUDGMENTS & PETITIONS UNIT
**ROOM 1003,** 1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107
## 215-686-7989

Patrick F. Dugan, President Judge
**PRESIDENT JUDGE**

CLAIM NO.  CE-12-06-73-1034

```
City of Philadelphia
1515 Arch Street Law Department, 15th Floor
Philadelphia, PA 19102
```

PLAINTIFF(S)

```
HANSON KERRYANN
6316 CHELWYNDE AVE
PHILA, PA 19142
```

DEFENDANT(S)

TERRE-TENANT(S)

# WRIT OF REVIVAL

    **(1) You are notified that the Plaintiff(s) has (have) commenced a proceeding to revive and continue the lien of the judgment in the above entitled cause.**

    **(2) The Plaintiff(s) claims (claim) that the amount due and unpaid is $** 5000.00 **with interest from** 10/03/2017 **.**

    **(3) You are required within twenty (20) days after service of this writ to file an answer or otherwise plead to this writ.  If you fail to do so judgment of revival will be entered.**

**Office of Judicial Records**

**BY:** Business Non-Filer - Liquor

**FILED IN BULK**

**DATE:** 09/06/2023

**REV. 6/15/2012**