**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>    KERRYANN HANSON<br>        Debtor(s)<br>LOANDEPOT.COM, LLC<br>        Movant<br>v.<br>KERRYANN HANSON<br>        Debtor(s)<br>KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 25-13426-djb |

## CERTIFICATION OF DEFAULT

I, Daniel P. Jones, Esquire, of Stern & Eisenberg, PC, Counsel for LoanDepot.com, LLC, hereby certify that the Debtor, Kerryann Hanson, is in default of the Stipulation approved on January 16, 2026, for failing to make the required payments as set forth in the attached Notice of Default together with any subsequent payments that have come due and owing.  See Exhibit "A" which is attached hereto and made a part hereof.

Pursuant to the Stipulation, Counsel hereby requests the Court enter the Order for Relief attached hereto.

Stern & Eisenberg, PC

*By: /s/ Daniel P. Jones*
Daniel P. Jones
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
Bar Number: 321876

Date: March 26, 2026                    Email: djones@sterneisenberg.com