**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>    KERRYANN HANSON<br>        Debtor(s)<br>    LOANDEPOT.COM, LLC<br>        Movant<br>v.<br>    KERRYANN HANSON<br>        Debtor(s)<br>    KENNETH E. WEST<br>       Trustee<br>       Respondent(s) | Chapter 13<br><br>Case Number: 25-13426-djb |

## O R D E R

AND NOW, this ____ day of _____, 20____ upon the Motion for  Relief From Automatic Stay and upon Consent Order/Stipulation of LoanDepot.com, LLC and any successor in interest and Debtor, Kerryann Hanson, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow LoanDepot.com, LLC and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"):  **5976 Reach ST, Philadelphia, PA 19120**.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(4) is hereby waived.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE