**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>    KERRYANN HANSON<br>        Debtor(s)<br>LOANDEPOT.COM, LLC<br>        Movant<br>v.<br>    KERRYANN HANSON<br>        Debtor(s)<br>KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 25-13426-djb |

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel P. Jones, Esquire, hereby certify that a copy of the within Certification of Default was served on the Debtor, Debtor's Counsel, and the Chapter 13 Trustee in accordance with the Rules of Bankruptcy Procedure on March 26, 2026 via First Class Mail.

Kerryann Hanson
5976 Reach Street
Philadelphia, PA 19120
*Debtor(s)*

Michael A. Cibik
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
*Attorney for Debtor*

Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
*Chapter13 Trustee*

Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

Respectfully Submitted:
Stern & Eisenberg, PC


*By: /s/ Daniel P. Jones*
Daniel P. Jones
Bar Number: 321876
Email: djones@sterneisenberg.com

Date: March 26, 2026