**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>Kerryann Hanson<br><br>        Debtor(s) | Chapter 13<br><br>Case Number: 25-13426-djb |

**WITHDRAWALOF CERTIFICATE OF DEFAULT**

loanDepot.com, LLC (hereinafter "Movant") by its undersigned counsel, hereby gives notice that it is withdrawing its Certificate of Default filed on or about 03/26/2026, without prejudice.

Date: March 26, 2026

Respectfully Submitted,

   */s/  Daniel P. Jones*
Daniel P. Jones   FBN: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
djones@sterneisenberg.com
Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that a copy of the foregoing Withdrawal of Document was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:


**Date**: March 26, 2026

| | |
|---|---|
| Michael A. Cibik | Kenneth E. West |
| 1500 Walnut Street | 190 N. Independence Mall West |
| Suite 900 | Suite 701 |
| Philadelphia, PA 19102 | Philadelphia, PA 19106 |
| help@cibiklaw.com | ecfemails@ph13trustee.com |
| **Counsel for Debtor** | **Bankruptcy Trustee** |

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**


and by standard first-class mail postage prepaid to:

Kerryann Hanson
5976 Reach Street
Philadelphia, PA 19120
**Debtor(s)**


By:

           <u>/s/ Daniel P. Jones</u>
           Daniel P. Jones, Bar No: 321876
           Stern & Eisenberg, PC
           1581 Main Street, Suite 200
           The Shops at Valley Square
           Warrington, PA 18976
           djones@sterneisenberg.com
           Phone: 215-572-8111
           Fax: (215) 572-5025
           Counsel for Movant