| Creditor: | U.S. BANK NATIONAL ASSOCIATION |
|---|---|
| Debtor: | Kerryann Hanson |
| Case No.: | 25-13426 |
| Loan No.: | ███████████ |

| PAYMENTS RECEIVED | |
|---|---|
| Loan Status as of: | 4/17/2026 |
| Initial Due Date: | 9/1/2025 |

| Date Received | Amount Received | Due Date | Amount Due | Description | Suspense |
|---|---|---|---|---|---|
| Agreed order entered on 12/09/2025. Payments from 9/1/2025 to 11/1/2025 are included in order. | | | | | $0.00 |
| 1/16/2026 | $836.50 | | | | $836.50 |
| 3/31/2026 | $936.36 | 12/1/2025 | $ 886.43 | | $886.43 |
| | | 1/1/2026 | $ 886.43 | | $0.00 |
| | | | | | $0.00 |
| Total: | $1,772.86 | | $1,772.86 | $0.00 | $0.00 |

| Delinquent Payments | | Days Delinquent: | |
|---|---|---|---|
| Month Due | Payment Due | Stip Due | Total Due |
| 2/1/2026 | $ 886.43 | $ - | $ 886.43 |
| 3/1/2026 | $ 886.43 | $ - | $ 886.43 |
| 4/1/2026 | $ 886.43 | $ - | $ 886.43 |
| | $ - | $ - | $ - |
| Delinquency | | | $ 2,659.29 |
| Less Unapplied | | | $ - |
| Total Delinquency | | | $ 2,659.29 |