

**BROCK &SCOTT**
PLLC

| | |
|---|---|
| **Consumer Hotline** | **3825 Forrestgate Drive, Winston Salem, NC 27103** |
| 844-856-6646 | **ConsumerContact@brockandscott.com** |
| | **www.brockandscott.com** |

Mario Hanyon, Esquire
Bankruptcy Attorney

March 30, 2026

SENT VIA REGULAR MAIL AND E-MAILED TO:
Michael A Cibik, Esquire
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Email: help@cibiklaw.com

RE:    KERRYANN HANSON
   Bankruptcy No. 25-13426-djb
   5232 W Girard Ave, Philadelphia, PA 19131-4302
   Loan ending in 4956

Dear Counselor:

Our client has advised us that payments have not been made in accordance with the terms of the Stipulation agreed to by the parties and approved by the Bankruptcy Court by an Order entered on December 11, 2025.

Pursuant to the terms of the Stipulation, your client has failed to make regular monthly payments, for the months of December 1, 2025 through March 1, 2026 in the amount of $886.43 each, less Debtor's suspense in the amount of $836.50. In order to cure this default, it will be necessary for your client to remit $2,709.22, representing payments past due under the terms of the Stipulation, within ten (10) days from the date of this letter.

Your client's payment to cure this default should be remitted to:

U.S. Bank National Association
3751 Airpark Drive, Mail Code CN-KY-APDC
Owensboro, KY 42301

If your client does not remit the above amount within the ten (10) day period, we will certify default with the Bankruptcy Court and request relief from the automatic stay.

Bankruptcy Dept.
Brock and Scott, PLLC

cc:

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.  THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  IF YOU:  ARE A DEBTOR IN AN ACTIVE BANKRUPTCY CASE; ARE UNDER THE PROTECTION OF A BANKRUPTCY STAY; OR, HAVE RECEIVED A DISCHARGE IN BANKRUPTCY AND YOU HAVE NOT REAFFIRMED THE DEBT, THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY AND SHOULD NOT BE CONSTRUED AS AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

KERRYANN HANSON

**U.S. BANK NATIONAL ASSOCIATION**

| Creditor: | U.S. BANK NATIONAL ASSOCIATION |
|---|---|
| Debtor: | Kerryann Hanson |
| Case No.: | 25-13426 |
| Loan No.: | ███████████ |

| PAYMENTS RECEIVED | |
|---|---|
| Loan Status as of: | 3/18/2026 |
| Initial Due Date: | 9/1/2025 |

| Date Received | Amount Received | Due Date | Amount Due | Description | Suspense |
|---|---|---|---|---|---|
| NOTE: Agreed order entered on 12/09/2025. Payments from 9/1/2025 to 11/1/2025 are included in order. | | | | | $0.00 |
| 1/16/2026 | $836.50 | | | | $836.50 |
| | | | | | $836.50 |
| | | | | | $836.50 |
| | | | | | $836.50 |
| Total: | $836.50 | | $0.00 | $0.00 | $836.50 |

| Delinquent Payments | | Days Delinquent: | |
|---|---|---|---|
| Month Due | Payment Due | Stip Due | Total Due |
| 12/1/2025 | $ 886.43 | $ - | $ 886.43 |
| 1/1/2026 | $ 886.43 | $ - | $ 886.43 |
| 2/1/2026 | $ 886.43 | $ - | $ 886.43 |
| 3/1/2026 | $ 886.43 | $ - | $ 886.43 |
| | $ - | $ - | $ - |
| | $ - | $ - | $ - |
| Delinquency | | | $ 3,545.72 |
| Less Unapplied | | | $ 836.50 |
| Total Delinquency | | | $ 2,709.22 |