UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Chapter 13

    KERRYANN HANSON

                                        Bankruptcy No. 25-13426-DJB

            Debtor

**TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307**

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.      Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 08/28/2025.

3.      This Motion to Dismiss has been filed for the following reason(s):

- There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1).

- There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1) by failing to propose an adequately funded plan, in that the total filed proofs of claim which are to be paid through the plan exceed the value of the proposed plan.

    WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee,  requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 05/15/2026                                          Respectfully submitted,

                                         */s/ Kenneth E. West, Esq.*
                                         Kenneth E. West, Esq.
                                         Standing Chapter 13 Trusteee
                                         190 N. Independence Mall West
                                         Suite 701
                                         Philadelphia, PA  19106
                                         Telephone: (215) 627-1377