**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

------------------------------------------------------x
In re                                    :
                                         :        Chapter 13
                                         :
    Kerryann Hanson,                     :
                                         :
                                         :        Case No.  25-13426 (DJB)
                         Debtor.         :
------------------------------------------------------x

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Fourth Amended

Chapter 13 Plan [Docket No. 58], which was filed on March 24, 2026.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: June 5, 2026                 By:     */s/ Pamela Elchert Thurmond*
                                            PAMELA ELCHERT THURMOND
                                            Senior Attorney
                                            PA Attorney I.D. 202054
                                            Attorney for the City of Philadelphia
                                            City of Philadelphia Law Department
                                            Municipal Services Building
                                            1401 JFK Boulevard, 5th Floor
                                            Philadelphia, PA  19102-1595
                                            215-686-0508 (phone)
                                            Email: Pamela.Thurmond@phila.gov