United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-13426-djb

Kerryann Hanson                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 24, 2026 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15050892 | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Jun 25 2026 00:51:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 2800 Tamarack Road, Owensboro, Kentucky 42301 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank National Association andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor PHH Asset Services LLC andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| DANIEL P. JONES | on behalf of Creditor Loandepot.Com  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor PHH Asset Services LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor U.S. Bank National Association wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 24, 2026 | Form ID: trc | Total Noticed: 1

on behalf of Debtor Kerryann Hanson help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

REBECCA K. MCDOWELL
on behalf of Creditor KeyBank  N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

ROBERT BRIAN SHEARER
on behalf of Creditor Select Portfolio Servicing  Inc. rshearer@raslg.com

STEVEN K. EISENBERG
on behalf of Creditor Loandepot.Com  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 25-13426-djb
Chapter 13

In re: Debtor(s) (including Name and Address)

Kerryann Hanson
5976 Reach Street
Philadelphia PA 19120

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/24/2026.

Name and Address of Alleged Transferor(s):

Claim No. 3: U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 2800 Tamarack Road, Owensboro, Kentucky 42301

Name and Address of Transferee:

Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/26/26

Mohung Wong
**CLERK OF THE COURT**