United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 25-13426-djb
Kerryann Hanson Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 4
Date Rcvd: Aug 13, 2026 Form ID: 155 Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kerryann Hanson, 5976 Reach Street, Philadelphia, PA 19120-1115 |
| 15044300 | | CHASE INK CRAD MEMBER SERVICE, PO BOX 1423, CHARLOTTE INC 28201-1423 |
| 15044305 | | KEYBANK COMMERCIAL LOAN DEPARTMENT, PO BOX 94525, CLEVELAND OHIO 44101-4525 |
| 15044304 | + | KEYBANK NATIONAL ASSOCIATION, PO BOX 4788, CLEVELAND, OH 44194-0001 |
| 15048239 | + | KeyBank, N.A., c/o REBECCA K. MCDOWELL, Saldutti Law Group, 1700 Market St., Suite 1005, Philadelphia, PA 19103-3920 |
| 15044311 | | PECO-PAYMENT PROCESSING, PO BOX 37629, PHILADELPHI PA 19101-0629 |
| 15047120 | | PHH Asset Services LLC, c/o 1661 Worthington Rd., Ste. 100, West Palm Beach, Florida 33409 |
| 15044316 | + | PHILADELPHIA WATER REVENUE, PO BOX 41496, PHILADELPHIA PA 19101-1496 |
| 15044318 | + | POSIGEN SOLAR, 145 EAST JAMES DRIVE SUITE 300, ST ROSE LA 70087-4006 |
| 15070725 | + | U.S. Bank National Association, c/o MARIO J. HANYON, Brock & Scott, PLLC, 302 Fellowship Road,, Ste 130 Mount Laurel, NJ 08054-1218 |
| 15106253 | | US SMALL BUSINESS ADMINISTRATION, P.O. Box 156059, Ft. Worth, TX 76155 |
| 15046930 | + | loanDepot.com, LLC, c/o Steven K. Eisenberg, Esquire, 1581 Main Street, Ste. 200, Warrington, PA 18976-3403 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15044294 | + | Email/PDF: bncnotices@becket-lee.com | Aug 14 2026 01:49:28 | AMERICAN EXPRESS, PO BOX 981537, EL PASO TX 79998-1537 |
| 15044295 | + | Email/Text: bkprocessing_ava@meetava.com | Aug 14 2026 01:48:00 | AVA FINANCE INC, 30211 AVENIDA DE LAS BANDERA, RANCHO SANTA MARGARITA CA 92688-2147 |
| 15060224 | | Email/PDF: bncnotices@becket-lee.com | Aug 14 2026 01:49:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15044296 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 14 2026 01:48:00 | BARCLAYS BANK DELAWARE, PO BOX 8803, WILMINGTON DE 19899-8803 |
| 15044297 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2026 01:49:29 | BEST BUY CREDIT SERVICES, PO BOX 70601, PHILADELPHIA PA 19176-0601 |
| 15044298 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2026 01:49:28 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY UT 84131-0293 |
| 15044299 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2026 01:49:23 | CBNA, PO BOX 6497, SIOUX FALLS SD 57117-6497 |
| 15044301 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2026 01:49:29 | CITI CARDS/CITIBANK, PO BOX 6241, SIOUX FALLS SD 57117-6241 |
| 15044302 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 14 2026 01:48:00 | CITIZEN BANK NA, PO BOX 9665, PROVIDENCE RHODE ISLAND 02940-9665 |
| 15119274 | | Email/Text: megan.harper@phila.gov | Aug 14 2026 01:49:00 | City of Philadelphia, c/o PAMELA ELCHERT THURMOND, City of Philadelphia, Law/Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |

| | | | | |
|---|---|---|---|---|
| 15106241 | | Email/Text: megan.harper@phila.gov | Aug 14 2026 01:49:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15091922 | | Email/Text: megan.harper@phila.gov | Aug 14 2026 01:49:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15044303 | + | Email/Text: bankruptcy@holidayinnclub.com | Aug 14 2026 01:48:00 | HOLIDAY INN CLUB VACATIONS INC, 8505 W IRLO BRONSON MEMORIAL H, KISSIMMEE FL 34747-8217 |
| 15051520 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 14 2026 01:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15060867 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 14 2026 01:48:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15044306 | ^ | MEBN | Aug 14 2026 01:44:23 | LOANDEPOT.COM LLC, 6561 IRVINE CENTER DR, IRVINE CA 92618-2118 |
| 15067610 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2026 01:49:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15054131 | + | Email/Text: bknotification@loandepot.com | Aug 14 2026 01:48:00 | LoanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |
| 15044307 | | Email/Text: EBN@Mohela.com | Aug 14 2026 01:48:00 | MOHELA, 633 SPIRITDR, CHESTERFIELD MO 63005 |
| 15052435 | | Email/Text: EBN@Mohela.com | Aug 14 2026 01:48:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 15044308 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 14 2026 01:49:00 | NAVY FEDERAL CR UNION, PO BOX 3700, MERRIFIELD VA 22119-3700 |
| 15062592 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 14 2026 01:49:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 15044310 | + | Email/Text: bankruptcy@td.com | Aug 14 2026 01:48:00 | NORDSTROM/TD BANK USA, 13531 E CALEY AVE, ENGLEWOOD CO 80111-6504 |
| 15047119 | + | Email/Text: EBN@brockandscott.com | Aug 14 2026 01:48:00 | PHH Asset Services LLC, c/o Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 15046866 | + | Email/Text: EBN@brockandscott.com | Aug 14 2026 01:48:00 | PHH Asset Services LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 15044317 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 14 2026 01:48:00 | PHH MORTGAGES SERVICES, PO BOX 5452, MOUNT LAUREL NJ 08054-5452 |
| 15069677 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 14 2026 01:48:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 15046867 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 14 2026 01:48:00 | PHH Mortgage Corporation, 1661 Worthington Rd., Ste. 100, West Palm Beach, Florida 33409-6493 |
| 15044312 | | Email/Text: megan.harper@phila.gov | Aug 14 2026 01:49:00 | PHILADELPHIA DEPT. OF REVENUE, PO BOX 148, PHILADELPHIA PA 19105-0148 |
| 15046472 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2026 01:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15072816 | ^ | MEBN | Aug 14 2026 01:43:58 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 15044319 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2026 01:49:29 | SYNCB/CARE CREDIT DC, PO BOX 71727, PHILADELPHIA PA 19176-1727 |

| | | | | |
|---|---|---|---|---|
| 15173948 | + | Email/Text: RASEBN@raslg.com | Aug 14 2026 01:48:00 | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15174191 | + | Email/Text: RASEBN@raslg.com | Aug 14 2026 01:48:00 | Select Portfolio Servicing, Inc., c/o MICHELLE L. MCGOWAN, Robertson, Anschutz, Schneid, Crane, & Partners PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 15157357 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 14 2026 01:49:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15068626 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 14 2026 01:49:23 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15070496 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Aug 14 2026 01:48:00 | U.S. Bank National Association, 2800 Tamarack Rd, Owensboro, Kentucky 42301 |
| 15050892 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Aug 14 2026 01:48:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 2800 Tamarack Road, Owensboro, Kentucky 42301 |
| 15070495 | + | Email/Text: EBN@brockandscott.com | Aug 14 2026 01:48:00 | U.S. BANK NATIONAL ASSOCIATION, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 15044322 | ^ | MEBN | Aug 14 2026 01:44:33 | US BANK HOME MORTGAGE, PO BOX 21844, EAGAN MN 55121-0844 |
| 15044320 | | Email/Text: BKRMailOps@weltman.com | Aug 14 2026 01:48:00 | WELTMAN, WEINBERG &REIS COL.P.A, PO BOX 93784, CLEVELAND OH 44101-5784 |
| 15044321 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Aug 14 2026 01:49:35 | WFBNA CARD, PO BOX 393, MINNEAPOLIS MN 55480-0393 |
| 15065640 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Aug 14 2026 01:49:22 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15044313 | *+ | NORDSTROM/TD BANK USA, 13531 E CALEY AVE, ENGLEWOOD CO 80111-6504 |
| 15044314 | * | PECO-PAYMENT PROCESSING, PO BOX 37629, PHILADELPHI PA 19101-0629 |
| 15044315 | * | PHILADELPHIA DEPT. OF REVENUE, PO BOX 148, PHILADELPHIA PA 19105-0148 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank National Association andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor PHH Asset Services LLC andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DANIEL P. JONES | on behalf of Creditor Loandepot.Com LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor PHH Asset Services LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor U.S. Bank National Association wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Kerryann Hanson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Select Portfolio Servicing Inc. mimcgowan@raslg.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| REBECCA K. MCDOWELL | on behalf of Creditor KeyBank N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Select Portfolio Servicing Inc. rshearer@raslg.com |
| STEVEN K. EISENBERG | on behalf of Creditor Loandepot.Com LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Kerryann Hanson<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25−13426−djb<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 13, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court