# EXHIBIT A

| | |
|---|---|
| Name: | Kerryann Hanson |
| BK Case Number: | 25-13426 |
| Filing Date: | 08/28/2025 |
| First Post Due: | 09/01/2025 |

**Note : 03/01/2026 to 05/01/2026 due is Deferred**

| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance | Comments |
|---|---|---|---|---|---|---|
| | 09/02/2025 | $ 1,283.67 | | $ 1,283.67 | $ 1,283.67 | |
| | 11/25/2025 | $ 3,939.67 | | $ 3,939.67 | $ 5,223.34 | |
| 09/01/2025 | 11/26/2025 | | $ 1,298.24 | $ (1,298.24) | $ 3,925.10 | |
| 10/01/2025 | 11/29/2025 | | $ 1,298.24 | $ (1,298.24) | $ 2,626.86 | |
| 11/01/2025 | 12/01/2025 | | $ 1,298.24 | $ (1,298.24) | $ 1,328.62 | |
| 12/01/2025 | 12/02/2025 | | $ 1,298.24 | $ (1,298.24) | $ 30.38 | |
| | 12/17/2025 | $ 1,298.24 | | $ 1,298.24 | $ 1,328.62 | |
| 01/01/2026 | 12/18/2025 | | $ 1,298.24 | $ (1,298.24) | $ 30.38 | |
| | 01/30/2026 | $ 1,298.24 | | $ 1,298.24 | $ 1,328.62 | |
| 02/01/2026 | 02/02/2026 | | $ 1,298.24 | $ (1,298.24) | $ 30.38 | |
| | 04/24/2026 | $ 1,298.24 | | $ 1,298.24 | $ 1,328.62 | |
| 06/01/2026 | 04/27/2026 | | $ 1,298.24 | $ (1,298.24) | $ 30.38 | Escrow applied more $ 23.06 |
| | 09/16/2026 | $ 23.06 | | $ 23.06 | $ 53.44 | Escrow adjusted |

| | |
|---|---|
| **Name:** | Kerryann Hanson |
| **BK Case Number:** | 25-13426 |
| **Filing Date:** | 08/28/2025 |

| **Due Date** | **Total Payment** | **P&I** | **Escrow** | **NOPC Filed Date** |
|---|---|---|---|---|
| 07/01/2026 | $ 1,275.18 | $ 899.17 | $ 376.01 | |
| 08/01/2026 | $ 1,275.18 | $ 899.17 | $ 376.01 | |
| 09/01/2026 | $ 1,275.18 | $ 899.17 | $ 376.01 | |
| **Total Due** | **$ 3,825.54** | **$ 2,697.51** | **$ 1,128.03** | |