**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>KERRYANN HANSON<br>Debtor | Case No. 25-13426-djb |
| PHH ASSET SERVICES LLC<br>Movant<br><br>vs.<br>KERRYANN HANSON<br>Respondent | Chapter 13<br><br>11 U.S.C. §362 |

**AFFIDAVIT IN SUPPORT OF**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

I, Diego Rojas, employed as Contract Management Coordinator

by Onity Mortgage Corporation F/K/A PHH Mortgage Corporation as servicer for PHH Asset Services LLC (Movant), hereby certifies the following:

Recorded on September 14, 2020, in Philadelphia County, Instrument Number 53716249.

Property Address:
5976 Reach St, Philadelphia, Pennsylvania 19120-1115.

Mortgage Servicer:
Onity Mortgage Corporation F/K/A PHH Mortgage Corporation

Post-petition mailing address for Debtor(s) to send payment:
Onity Mortgage Corporation
P.O. Box 24781 / Attn: SBRP
West Palm Beach, FL 33416

Mortgagor(s)/Debtor(s):
KERRYANN HANSON

**POST-PETITION PAYMENTS** (Petition was filed on August 28, 2025)

| Payment amount due | Date payment was due | Date payment was received | Amount received | Check number | How payment was applied (mo./yr.) |
|---|---|---|---|---|---|
| PLEASE SEE PAYMENT HISTORY ATTACHED AS EXHIBIT A | | | | | |
| | | | | | |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 3 as of September 16, 2026.

TOTAL AMOUNT OF POST-PETITION ARREARS $3,772.10 as of September 16, 2026.

Upon information and belief, the payoff amount as of September 16, 2026 is $91,387.17.

Debtor's Schedule A/B lists a fair market value for the Property in amount of $177,040.00.

I certify under penalty of perjury that the above is true.

Dated: 9/30/2026

Onity Mortgage Corporation F/K/A PHH Mortgage Corporation as servicer for PHH Asset Services LLC

Diego [signature]

Print Name and Title

Diego Rojas
Contract Management Coordinator