**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>KERRYANN HANSON<br>Debtor | Case No. 25-13426-djb |
| PHH Asset Services LLC,<br>Movant<br><br>vs.<br>KERRYANN HANSON<br>Respondent | Chapter 13<br><br><br><br><br><br>11 U.S.C. §362 |

**ORDER**

**AND NOW**, this _____ day of ___________________ , 2026, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

________________________________
Derek J Baker
BANKRUPTCY JUDGE

KERRYANN HANSON
5976 REACH STREET
PHILADELPHIA, PA 19120

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street Suite 900
Philadelphia, PA 19102

KENNETH E. WEST
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107